# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| PATIENCE C. RICHESON, *Plaintiff,* | CASE NO. 6:11-cv-00048 |
| v. | ORDER |
| BIG LOTS STORES, INC., *Defendant.* | JUDGE NORMAN K. MOON |

For the reasons set forth in the accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment (docket no. 11) is hereby GRANTED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this  27th   day of April, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE